## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          NO. 4:07CR00376 JLH

LANGSTON LEWIS ROBINS                                                                   DEFENDANT

### ORDER

Langston Lewis Robins has filed a motion for psychiatric or psychological examination. Document #18. Without objection by the government, the motion is GRANTED.

Langston Lewis Robins is in state custody. The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Langston Lewis Robins's facility designation, whereupon an appropriate writ will be issued. Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 17th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE